AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### District of South Carolina

| | |
|---|---|
| Marvin Reyes | ) |
| *Petitioner* | ) |
| v. | ) |
| Assistant Warden Sean Jansen | ) |
| *Respondent* | ) |

Civil Action No.    4:20-cv-723-BHH

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____.

■ other: Summary Judgment is entered as to respondent Sean Jansen and this petition is dismissed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge who adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:    December 15, 2020

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*